```
                                              FILED
                                              June 25, 2010
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              _____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>v.  )<br>  )<br>VANTHOEUN KHAO,  )<br>  )<br>       Defendant.  ) | Case No. 2:04CR00205-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __VANTHOEUN KHAO__, Case No. __2:04CR00205-GEB__, Charge __Supervise Release Violation__, from custody ~~subject to the~~ conditions contained in the attached "Notice to ~~Defendant Being Released" and for the following~~ reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $\_\_

        \_\_ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

        ✔ (Other)   __Conditions as stated on the record. The defendant is ordered released today, June 25, 2010 by 3:00 pm to a representative of the federal defender's office that will transport Mr. Khao to the Effort Residential program.__

~~This release order is not effective until the date defendant has signed and understands~~ the ~~attached "Notice to Defendant Being Released".~~

Issued at  Sacramento, CA  on  June 25, 2010  at  9:17 am  .

By  /s/ Garland E. Burrell
Garland E. Burrell
United States District Judge

Copy 5 - Court